UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DAVID SINGUI

           Plaintiff(s),

    v.

MERCEDES–BENZ USA LLC , et al.



           Defendant(s).

CASE NO:
2:13–cv–00989–MMM–RZ


ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above–entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re–open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: December 5, 2013

Margaret M. Morrow
United States District Judge

–1–